**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) | |
| 800 K Street N.W., Suite 1000 | ) | |
| Washington, D.C. 20001, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-00229-JD |
| | ) | |
| RUSSELL VOUGHT, in his official capacity | ) | |
| as Acting Director of the | ) | |
| Consumer Financial Protection Bureau, | ) | |
| 1700 G Street, N.W. | ) | |
| Washington, D.C. 20552, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 21, 2025, the United States District Court for the District of Columbia transferred the above-titled action to this Court. Upon inquiry from the undersigned judge and the office of the Clerk of Court for the Western District, it was discovered that the case was improvidently transferred, case numbers having been transposed. Accordingly, this action is hereby transferred back to the United States District Court for the District of Columbia, Case No. 1:25-cv-00381.

IT IS SO ORDERED this 21st day of February 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE